In the United States District Court

for the __Eastern_____ District of __New York__

United States of America

v.

OKTAVIAN KUPCHANKO,

Criminal No. 06-712 (BMC)

07 CRIM 622

A TRUE COPY
ATTEST
DATE _June 26_ 20 _07_
ROBERT C. HEINEMANN
CLERK
BY _Zida Abdallat_
DEPUTY CLERK

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Oktavian Kupchanko_____, defendant, have been informed that a __indictment_____ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty_____ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Southern_____ District of __New York_____ in which I __am under indictment_____ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __June 8__, __2007__ at __Brooklyn, NY__

(*Defendant*) [signature]

_Nina Murphy_ (INTERPRETER)
(*Witness*)

So Ordered: [signature]
Brian M. Cogan
U.S. District Judge

(*Counsel for Defendant*) [signature]

Approved

[signature]
United States Attorney for the
__Southern__
__New York__ District of

[signature]
United States Attorney for the
__Eastern__
__New York__ District of

FORM USA-153
SEP 82