MJSELECT

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:06-cr-00712-BMC-1
### Internal Use Only

Case title: USA v. Shurigina et al

Date Filed: 10/25/2006
Date Terminated: 06/26/2007

Assigned to: Judge Brian M. Cogan


07 CRIM. 622

**Defendant**

**Inessa Shurigina** (1)
*TERMINATED: 06/26/2007*

represented by **Roy R. Kulcsar**
27 Union Square West
Suite 503
New York, NY 10003
(212) 352-1700
Fax: (212) 924-1097
Email: rrklaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Richard Palma**
Law Office of Ricard Palma
381 Park Avenue South
Suite 701
New York, NY 10016
(212)686-8111
Fax: (212)686-8690
Email: rpalma@verizon.net
*TERMINATED: 12/07/2006*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

A TRUE COPY ATTEST
DATE June 26 20 07
ROBERT C. HEINEMANN CLERK
BY: [signature] DEPUTY CLERK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 10 2007

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**

**Disposition**

| | |
|---|---|
| BRINGING IN AND HARBORING ALIENS<br>(1-2) | TRANSFERRED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20. |
| EXTENSIONS OF CREDIT BY EXTORTION<br>(3) | TRANSFERRED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20. |
| COLLECTION OF CREDIT BY EXTORTION<br>(4) | TRANSFERRED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20. |
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE<br>(5) | TRANSFERRED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA                               represented by   **Winston Y. Chan**
                                                    United States Attorneys Office
                                                    Eastern District of New York
                                                    One Pierrepont Plaza, 14th Floor
                                                    Brooklyn, NY 11201
                                                    (718) 254-7577
                                                    Fax: 718-254-6481
                                                    Email: winston.chan@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2006 | ◉1 | SEALED INDICTMENT as to Inessa Shurigina (1) count(s) 1-2, 3, 4, 5, Olga Maksimiyk (2) count(s) 1, 6, 8, 9, Oktavian Kupchanko (3) count(s) 1, 6, 7, 8, 9, Oksana Avram (4) count(s) 1-2, 6, 8, 9, Leonid Galchik (5) count(s) 1-2. (Bowens, Priscilla) (Entered: 10/27/2006) |
| 10/25/2006 | | (Court only) ***Magistrate Judge Orenstein chosen by random selection to handle matters that may be referred in case as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik (Bowens, Priscilla) (Entered: 10/27/2006) |

| | | |
|---|---|---|
| 11/01/2006 | 6 | Minute Entry for proceedings held before Robert M. Levy:Arraignment as to Inessa Shurigina (1) Count 1-2,3,4,5 held on 11/1/2006, Plea entered by Inessa Shurigina (1) Count 1-2,3,4,5. by Inessa Shurigina Not Guilty on counts 1-5. Status Conference set for 11/17/2006 at 2:30 PM before Judge Brian M. Cogan. Defendant arraigned on SDNY complaint 06mj 1556. Preliminary hearing to be addressed in SDNY. (Guzzi, Roseann) (Entered: 11/09/2006) |
| 11/01/2006 | 11 | ORDER OF DETENTION as to Inessa Shurigina. ( Ordered by Judge Robert M. Levy on 11/1/06 ) (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 13 | CJA 23 Financial Affidavit by Inessa Shurigina. (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 18 | Arrest Warrant Returned Executed on 11/1/06 in case as to Inessa Shurigina. (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 22 | ORDER OF EXCLUDABLE DELAY - Ends of Justice as to Inessa Shurigina Time excluded from 11/1/06 until 11/17/06. ( Ordered by Judge Robert M. Levy on 11/1/06 ) (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 23 | CJA 20 as to Inessa Shurigina: Appointment of Attorney Richard Palma for Inessa Shurigina. ( Ordered by Judge Robert M. Levy on 11/1/06 ) (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 27 | COMPLAINT 06mj1556 from the Southern District of New York as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik. (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/03/2006 | 2 | Order to Unseal Indictment and Arrest Warrants as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik. ( Ordered by Judge Robert M. Levy on 11/1/06) (Piper, Francine) (Entered: 11/03/2006) |
| 11/03/2006 | 3 | Letter *requesting detention (without exhibits)* as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik (Chan, Winston) (Entered: 11/03/2006) |
| 11/17/2006 | 29 | Minute Entry for proceedings held before Brian M. Cogan:Status Conference as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram held on 11/17/2006. Speedy trial in effect until 12/15/06. Status Conference set for 12/15/2006 at 12:00 before Judge Brian M. Cogan. (Court Reporter Anthony Frisolone) (Guzzi, Roseann) (Entered: 11/21/2006) |
| 12/07/2006 | 30 | NOTICE OF ATTORNEY APPEARANCE: Roy R. Kulcsar appearing for Inessa Shurigina (Kulcsar, Roy) (Entered: 12/07/2006) |
| 12/13/2006 | 31 | Letter *providing Rule 16 discovery* as to Inessa Shurigina (Chan, Winston) (Entered: 12/13/2006) |
| 12/15/2006 | 35 | Letter *providing additional discovery* as to Inessa Shurigina (Chan, Winston) (Entered: 12/15/2006) |

| 12/15/2006 | ◉[39](#) | Minute Entry for proceedings held before Brian M. Cogan:Status Conference as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko held on 12/15/2006. Defendant Oksana Avram is not present at this conference. Status Conference set for 2/16/2007 at 10:00 AM before Judge Brian M. Cogan. Next conference for defendant Oksana Avram 12/19/06 at 9:30.(Court Reporter Ron Tolkin) (Guzzi, Roseann) (Entered: 12/27/2006) |
|---|---|---|
| 01/16/2007 | ◉[41](#) | Letter *providing supplemental discovery* as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram (Chan, Winston) (Entered: 01/16/2007) |
| 02/16/2007 | ◉[43](#) | Minute Entry for proceedings held before Brian M. Cogan: Status Conference as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram held on 2/16/2007. Status Conference set for 4/20/2007 @ 02:15 PM before Judge Brian M. Cogan. (Barrett, C) (Entered: 02/21/2007) |
| 02/16/2007 | ◉ | (Court only) ***Excludable started as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 2/16/2007, ***Excludable(s) stopped 4/20/2007. (Barrett, C) (Entered: 02/21/2007) |
| 04/09/2007 | ◉[44](#) | Letter *providing additional discovery* as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram (Chan, Winston) (Entered: 04/09/2007) |
| 04/20/2007 | ◉[45](#) | Minute Entry for proceedings held before Hon. Brian M. Cogan: Status Conference as to Inessa Shurigina, Oktavian Kupchanko and Oksana Avram held on 4/20/2007. Appearances: AUSA Winston Chan, Def Counsel Roy Kulcsar for Dft Shurigina, Def Counsel Michael Horowitz for Dft Kupchanko, Def Counsel Igor Niman for Dft Avram and Russian interpreter Victor Galperin. Case called. Dfts appear w/counsel. Speedy trial info: Start 4/20/2007 Stop 6/4/2007. Further status conference set for 6/4/2007 @ 3:30. (Court Reporter H. Driscoll) (Abdallah, Fida) (Entered: 04/20/2007) |
| 04/20/2007 | ◉ | (Court only) ***Excludable started as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 4/20/2007. ***Excludable(s) stopped as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 6/4/2007. (Abdallah, Fida) (Entered: 04/20/2007) |
| 06/01/2007 | ◉[46](#) | ENDORSED ORDER as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: The Dft's request for an adjournment of the conference scheduled for June 4, 2007 until July 13, 2007 at @10:00. The time between June 4, 2007 and July 13, 2007 is excluded, pursuant to 18 U.S.C. § 3161(h)(I)(G) and 18 U.S.C. § 3161(h)(I)(g)(A), for the reasons set for in the letter of Roy R. Kulcsar, Esq., dated May 31, 2007. Ordered by Judge Brian M. Cogan on 6/1/2007. (Abdallah, Fida) (Entered: 06/04/2007) |
| 06/01/2007 | ◉ | (Court only) ***Excludable started as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 6/4/2007. ***Excludable(s) stopped as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 7/13/2007. |

| | | |
|---|---|---|
| | | (Abdallah, Fida) (Entered: 06/04/2007) |
| 06/22/2007 | [47](#) | Letter *to Court as to Rule 20 transfer of case to SDNY* as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram (Attachments: # 1 Rule 20 Consent Forms) (Chan, Winston) (Entered: 06/22/2007) |
| 06/26/2007 | [48](#) | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Inessa Shurigina (1) Count 1-2,3,4,5 and Oksana Avram (4) Count 1-2,6,8,9 and Oktavian Kupchanko (3) Count 1,6,7,8,9. (Abdallah, Fida) (Entered: 06/26/2007) |

MJSELECT

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:06-cr-00712-BMC-3
### Internal Use Only



Case title: USA v. Shurigina et al

Date Filed: 10/25/2006
Date Terminated: 06/26/2007

Assigned to: Judge Brian M. Cogan

**Defendant**

**Oktavian Kupchanko** (3)
*TERMINATED: 06/26/2007*
*also known as*
Adik (3)
*TERMINATED: 06/26/2007*
*also known as*
Vasiliy Voronich (3)
*TERMINATED: 06/26/2007*

represented by **James Michael Roth**
Hurwitz Stampur & Roth
299 Broadway
Suite 800
New York, NY 10007
212-619-4240
Fax: 212-619-6743
Email: jmroth@lycos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None



**Highest Offense Level (Opening)**

None

**Terminated Counts**

BRINGING IN AND HARBORING ALIENS
(1)

BRINGING IN AND HARBORING ALIENS
(6)

EXTENSIONS OF CREDIT BY EXTORTION
(7)

**Disposition**

TRANSFERED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20.

TRANSFERED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20.

TRANSFERED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20.

| | |
|---|---|
| COLLECTION OF CREDIT BY EXTORTION<br>(8) | TRANSFERRED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20. |
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE<br>(9) | TRANSFERRED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA      represented by    **Winston Y. Chan**
United States Attorneys Office
Eastern District of New York
One Pierrepont Plaza, 14th Floor
Brooklyn, NY 11201
(718) 254-7577
Fax: 718-254-6481
Email: winston.chan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2006 | 1 | SEALED INDICTMENT as to Inessa Shurigina (1) count(s) 1-2, 3, 4, 5, Olga Maksimiyk (2) count(s) 1, 6, 8, 9, Oktavian Kupchanko (3) count(s) 1, 6, 7, 8, 9, Oksana Avram (4) count(s) 1-2, 6, 8, 9, Leonid Galchik (5) count(s) 1-2. (Bowens, Priscilla) (Entered: 10/27/2006) |
| 10/25/2006 | | (Court only) ***Magistrate Judge Orenstein chosen by random selection to handle matters that may be referred in case as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik (Bowens, Priscilla) (Entered: 10/27/2006) |
| 11/01/2006 | 5 | Minute Entry for proceedings held before Robert M. Levy:Arraignment as to Oktavian Kupchanko (3) Count 1,6,7,8,9 held on 11/1/2006, Plea entered by Oktavian Kupchanko (3) Count 1,6,7,8,9. by Oktavian Kupchanko Not Guilty on counts 1-9. Status Conference set for 11/17/2006 at 2:30 PM before Judge Brian M. Cogan. Defendant arraigned on SDNY complaint 06mj 1556. Preliminary hearing to be |

| | | |
|---|---|---|
| | | addressed in SDNY. (Guzzi, Roseann) (Entered: 11/09/2006) |
| 11/01/2006 | 10 | ORDER OF DETENTION as to Oktavian Kupchanko. ( Ordered by Judge Robert M. Levy on 11/1/06 ) (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 12 | CJA 23 Financial Affidavit by Oktavian Kupchanko. (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 17 | Arrest Warrant Returned Executed on 11/1/06 in case as to Oktavian Kupchanko. (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 21 | ORDER OF EXCLUDABLE DELAY- Ends of Justice as to Oktavian Kupchanko Time excluded from 11/1/06 until 11/17/06. ( Ordered by Judge Robert M. Levy on 11/1/06 ) (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 25 | CJA 20 as to Oktavian Kupchanko: Appointment of Attorney James Michael Roth for Oktavian Kupchanko. ( Ordered by Judge Robert M. Levy on 11/1/06 ) (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 27 | COMPLAINT 06mj1556 from the Southern District of New York as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik. (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/03/2006 | 2 | Order to Unseal Indictment and Arrest Warrants as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik. ( Ordered by Judge Robert M. Levy on 11/1/06) (Piper, Francine) (Entered: 11/03/2006) |
| 11/03/2006 | 3 | Letter *requesting detention (without exhibits)* as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik (Chan, Winston) (Entered: 11/03/2006) |
| 11/17/2006 | 29 | Minute Entry for proceedings held before Brian M. Cogan:Status Conference as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram held on 11/17/2006. Speedy trial in effect until 12/15/06. Status Conference set for 12/15/2006 at 12:00 before Judge Brian M. Cogan. (Court Reporter Anthony Frisolone) (Guzzi, Roseann) (Entered: 11/21/2006) |
| 12/13/2006 | 33 | Letter *providing Rule 16 discovery* as to Oktavian Kupchanko (Chan, Winston) (Entered: 12/13/2006) |
| 12/15/2006 | 37 | Letter *providing additional discovery* as to Oktavian Kupchanko (Chan, Winston) (Entered: 12/15/2006) |
| 12/15/2006 | 39 | Minute Entry for proceedings held before Brian M. Cogan:Status Conference as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko held on 12/15/2006. Defendant Oksana Avram is not present at this conference. Status Conference set for 2/16/2007 at 10:00 AM before Judge Brian M. Cogan. Next conference for defendant Oksana Avram 12/19/06 at 9:30.(Court Reporter Ron Tolkin) (Guzzi, Roseann) (Entered: 12/27/2006) |

| 01/16/2007 | 41 | Letter *providing supplemental discovery* as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram (Chan, Winston) (Entered: 01/16/2007) |
|---|---|---|
| 02/16/2007 | 43 | Minute Entry for proceedings held before Brian M. Cogan: Status Conference as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram held on 2/16/2007. Status Conference set for 4/20/2007 @ 02:15 PM before Judge Brian M. Cogan. (Barrett, C) (Entered: 02/21/2007) |
| 02/16/2007 |  | (Court only) ***Excludable started as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 2/16/2007, ***Excludable(s) stopped 4/20/2007. (Barrett, C) (Entered: 02/21/2007) |
| 04/09/2007 | 44 | Letter *providing additional discovery* as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram (Chan, Winston) (Entered: 04/09/2007) |
| 04/20/2007 | 45 | Minute Entry for proceedings held before Hon. Brian M. Cogan: Status Conference as to Inessa Shurigina, Oktavian Kupchanko and Oksana Avram held on 4/20/2007. Appearances: AUSA Winston Chan, Def Counsel Roy Kulcsar for Dft Shurigina, Def Counsel Michael Horowitz for Dft Kupchanko, Def Counsel Igor Niman for Dft Avram and Russian interpreter Victor Galperin. Case called. Dfts appear w/counsel. Speedy trial info: Start 4/20/2007 Stop 6/4/2007. Further status conference set for 6/4/2007 @ 3:30. (Court Reporter H. Driscoll) (Abdallah, Fida) (Entered: 04/20/2007) |
| 04/20/2007 |  | (Court only) ***Excludable started as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 4/20/2007. ***Excludable(s) stopped as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 6/4/2007. (Abdallah, Fida) (Entered: 04/20/2007) |
| 06/01/2007 | 46 | ENDORSED ORDER as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: The Dft's request for an adjournment of the conference scheduled for June 4, 2007 until July 13, 2007 at @10:00. The time between June 4, 2007 and July 13, 2007 is excluded, pursuant to 18 U.S.C. § 3161(h)(I)(G) and 18 U.S.C. § 3161(h)(I)(g)(A), for the reasons set for in the letter of Roy R. Kulcsar, Esq., dated May 31, 2007. Ordered by Judge Brian M. Cogan on 6/1/2007. (Abdallah, Fida) (Entered: 06/04/2007) |
| 06/01/2007 |  | (Court only) ***Excludable started as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 6/4/2007. ***Excludable(s) stopped as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 7/13/2007. (Abdallah, Fida) (Entered: 06/04/2007) |
| 06/22/2007 | 47 | Letter *to Court as to Rule 20 transfer of case to SDNY* as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram (Attachments: # 1 Rule 20 Consent Forms) (Chan, Winston) (Entered: 06/22/2007) |
| 06/26/2007 | 48 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Inessa Shurigina (1) Count |

|  |  | 1-2,3,4,5 and Oksana Avram (4) Count 1-2,6,8,9 and Oktavian Kupchanko (3) Count 1,6,7,8,9. (Abdallah, Fida) (Entered: 06/26/2007) |




**U.S. District Court**
Eastern District of New York (Brooklyn)
**CRIMINAL DOCKET FOR CASE #: 1:06-cr-00712-BMC-4**
Internal Use Only

| | |
|---|---|
| Case title: USA v. Shurigina et al | Date Filed: 10/25/2006 |
| | Date Terminated: 06/26/2007 |

Assigned to: Judge Brian M. Cogan

### Defendant

**Oksana Avram** (4)                    represented by   **Steve Zissou**
*TERMINATED: 06/26/2007*                                 Steve Zissou & Associates
*also known as*                                          42-40 Bell Blvd.
Tatiana Heladyr (4)                                      Suite 302
*TERMINATED: 06/26/2007*                                 Bayside, NY 11361
                                                         718-279-4500
                                                         Fax: 718-281-0850
                                                         Email: stevezissou@verizon.net
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

A TRUE COPY ATTEST
DATE June 26 20.07
ROBERT C. HEINEMANN
CLERK
BY: [signature] Aldalbari
DEPUTY CLERK

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| BRINGING IN AND HARBORING ALIENS (1-2) | TRANSFERED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20. |
| BRINGING IN AND HARBORING ALIENS (6) | TRANSFERED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20. |
| COLLECTION OF CREDIT BY EXTORTION (8) | TRANSFERED TO SOUTHERN DISTRICT TO NEW YORK PURSUANT TO RULE 20. |

INTERFERENCE WITH COMMERCE
BY THREAT OR VIOLENCE
(9)

TRANSFERRED TO SOUTHERN
DISTRICT TO NEW YORK
PURSUANT TO RULE 20.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Winston Y. Chan**<br>United States Attorneys Office<br>Eastern District of New York<br>One Pierrepont Plaza, 14th Floor<br>Brooklyn, NY 11201<br>(718) 254-7577<br>Fax: 718-254-6481<br>Email: winston.chan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2006 | 1 | SEALED INDICTMENT as to Inessa Shurigina (1) count(s) 1-2, 3, 4, 5, Olga Maksimiyk (2) count(s) 1, 6, 8, 9, Oktavian Kupchanko (3) count(s) 1, 6, 7, 8, 9, Oksana Avram (4) count(s) 1-2, 6, 8, 9, Leonid Galchik (5) count(s) 1-2. (Bowens, Priscilla) (Entered: 10/27/2006) |
| 10/25/2006 | | (Court only) ***Magistrate Judge Orenstein chosen by random selection to handle matters that may be referred in case as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik (Bowens, Priscilla) (Entered: 10/27/2006) |
| 11/01/2006 | 4 | Minute Entry for proceedings held before Robert M. Levy:Arraignment as to Oksana Avram (4) Count 1-2,6,8,9 held on 11/1/2006, Plea entered by Oksana Avram (4) Count 1-2,6,8,9. by Oksana Avram Not Guilty on counts 1-9. Status Conference set for 11/17/2006 at 02:30 PM before Judge Brian M. Cogan. Defendant arraigned on SDNY complaint 06mj1556. Preliminary hearing to be addressed in SDNY. (Guzzi, Roseann) (Entered: 11/09/2006) |
| 11/01/2006 | 9 | ORDER OF DETENTION as to Oksana Avram. ( Ordered by Judge Robert M. Levy on 11/1/06 ) (Guzzi, Roseann) (Entered: 11/13/2006) |

| | | |
|---|---|---|
| 11/01/2006 | 15 | Arrest Warrant Returned Executed on 11/1/06 in case as to Oksana Avram. (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 20 | ORDER OF EXCLUDABLE DELAY - Ends of Justice as to Oksana Avram Time excluded from 11/1/06 until 11/17/06. ( Ordered by Judge Robert M. Levy on 11/1/06 ) (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 26 | CJA 20 as to Oksana Avram: Appointment of Attorney Steve Zissou for Oksana Avram. ( Ordered by Judge Robert M. Levy on 11/1/06 ) (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/01/2006 | 27 | COMPLAINT 06mj1556 from the Southern District of New York as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik. (Guzzi, Roseann) (Entered: 11/13/2006) |
| 11/03/2006 | 2 | Order to Unseal Indictment and Arrest Warrants as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik. ( Ordered by Judge Robert M. Levy on 11/1/06) (Piper, Francine) (Entered: 11/03/2006) |
| 11/03/2006 | 3 | Letter *requesting detention (without exhibits)* as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram, Leonid Galchik (Chan, Winston) (Entered: 11/03/2006) |
| 11/17/2006 | 29 | Minute Entry for proceedings held before Brian M. Cogan:Status Conference as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram held on 11/17/2006. Speedy trial in effect until 12/15/06. Status Conference set for 12/15/2006 at 12:00 before Judge Brian M. Cogan. (Court Reporter Anthony Frisolone) (Guzzi, Roseann) (Entered: 11/21/2006) |
| 12/13/2006 | 34 | Letter *providing Rule 16 discovery* as to Oksana Avram (Chan, Winston) (Entered: 12/13/2006) |
| 12/15/2006 | 38 | Letter *providing additional discovery* as to Oksana Avram (Chan, Winston) (Entered: 12/15/2006) |
| 12/19/2006 | 40 | Minute Entry for proceedings held before Brian M. Cogan:Status Conference as to Oksana Avram held on 12/19/2006 Status Conference set for 2/16/2007 at 10:00 AM before Judge Brian M. Cogan. (Court Reporter Alan Sherman) (Guzzi, Roseann) (Entered: 12/27/2006) |
| 01/16/2007 | 41 | Letter *providing supplemental discovery* as to Inessa Shurigina, Olga Maksimiyk, Oktavian Kupchanko, Oksana Avram (Chan, Winston) (Entered: 01/16/2007) |
| 02/16/2007 | 43 | Minute Entry for proceedings held before Brian M. Cogan: Status Conference as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram held on 2/16/2007. Status Conference set for 4/20/2007 @ 02:15 PM before Judge Brian M. Cogan. (Barrett, C) (Entered: 02/21/2007) |
| 02/16/2007 | | (Court only) ***Excludable started as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 2/16/2007, ***Excludable(s) stopped |

| | | |
|---|---|---|
| | | 4/20/2007. (Barrett, C) (Entered: 02/21/2007) |
| 04/09/2007 | 44 | Letter *providing additional discovery* as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram (Chan, Winston) (Entered: 04/09/2007) |
| 04/20/2007 | 45 | Minute Entry for proceedings held before Hon. Brian M. Cogan: Status Conference as to Inessa Shurigina, Oktavian Kupchanko and Oksana Avram held on 4/20/2007. Appearances: AUSA Winston Chan, Def Counsel Roy Kulcsar for Dft Shurigina, Def Counsel Michael Horowitz for Dft Kupchanko, Def Counsel Igor Niman for Dft Avram and Russian interpreter Victor Galperin. Case called. Dfts appear w/counsel. Speedy trial info: Start 4/20/2007 Stop 6/4/2007. Further status conference set for 6/4/2007 @ 3:30. (Court Reporter H. Driscoll) (Abdallah, Fida) (Entered: 04/20/2007) |
| 04/20/2007 | | (Court only) ***Excludable started as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 4/20/2007. ***Excludable(s) stopped as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 6/4/2007. (Abdallah, Fida) (Entered: 04/20/2007) |
| 06/01/2007 | 46 | ENDORSED ORDER as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: The Dft's request for an adjournment of the conference scheduled for June 4, 2007 until July 13, 2007 at @10:00. The time between June 4, 2007 and July 13, 2007 is excluded, pursuant to 18 U.S.C. § 3161(h)(I)(G) and 18 U.S.C. § 3161(h)(I)(g)(A), for the reasons set for in the letter of Roy R. Kulcsar, Esq., dated May 31, 2007. Ordered by Judge Brian M. Cogan on 6/1/2007. (Abdallah, Fida) (Entered: 06/04/2007) |
| 06/01/2007 | | (Court only) ***Excludable started as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 6/4/2007. ***Excludable(s) stopped as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram: 7/13/2007. (Abdallah, Fida) (Entered: 06/04/2007) |
| 06/22/2007 | 47 | Letter *to Court as to Rule 20 transfer of case to SDNY* as to Inessa Shurigina, Oktavian Kupchanko, Oksana Avram (Attachments: # 1 Rule 20 Consent Forms) (Chan, Winston) (Entered: 06/22/2007) |
| 06/26/2007 | 48 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Inessa Shurigina (1) Count 1-2,3,4,5 and Oksana Avram (4) Count 1-2,6,8,9 and Oktavian Kupchanko (3) Count 1,6,7,8,9. (Abdallah, Fida) (Entered: 06/26/2007) |

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

**ROBERT C. HEINEMANN**
**Clerk**
**TERRY VAUGHN**
**Chief Deputy**

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

June 26, 2007

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

       RE: Shurigina, Inessa; Kupchanko, Oktavian; Avram, Oksana
           RULE 20 TRANSFER

Dear Clerk of Court:

Enclosed please find certified copies of the Rule 20 Transfer for the above named defendants signed by the Honorable Brian M. Cogan, a certified copy of the Indictment and certified copies of the docket sheet for each defendant.

Yours truly,

Fida Abdallah
Case Processing Clerk
(718) 613-2605

Enc.

