RECEIVED
OCT 30 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**HURWITZ STAMPUR & ROTH**
ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

TEL: 212-619-4240
FAX: 212-619-6743

*BY FAX:* 212-805-7917

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/30/07_

October 30, 2007

Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Oktavian Kupchanko
07 CR 622-02 (RPP)

Dear Judge Patterson:

This letter is a request to adjourn Mr. Kupchanko's sentence which is scheduled for November 7, 2007 until a date in January convenient to the Court.

This request is made to enable counsel to obtain and translate documents from the Ukraine which Mr. Kupchanko indicates pertain to sentencing matters. I have informed AUSA Wilson Leung that I would make this request.

Very truly yours,

James Roth, Esq.

cc.    AUSA Wilson Leung (BY FAX)
       USPO Amy Greenberg (BY FAX)

JR:jpy

Application granted.
Sentencing adjourned
to January 17, 2008,
at 4 p.m.   So ordered

Robt P. Patterson
10/30/07

JR/KUPCHANKO, O/ADJOURNMENT REQ.